JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JOSE RIVAS, | ) | No. CV 14-32-JGB (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| FOULK, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the findings, conclusions and recommendation of the Magistrate Judge, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: February 26, 2016

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE